# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PNC BANK, N.A.,

        Plaintiff,

v.                                                    Case No:   6:25-cv-940-AGM-LHP

PCD BUILDING CORP. and PAUL
DOUGHERTY,

        Defendants

---

## ORDER

Plaintiff PNC Bank, N.A. ("PNC Bank") filed this action against Defendants PCD Building Corp ("PCD") and Paul Dougherty ("Dougherty") alleging breach of note and breach of guaranty.   Doc. No. 1.   Discovery opened on or around August 1, 2025 and closes on January 4, 2027.   Doc. Nos. 11, 12.

Now before the Court is PNC Bank's Motion to Compel Discovery Responses from PCD and Dougherty.   Doc. No. 18.   According to the motion, PNC Bank served a First Request for Admissions, a First Request for Production, and a First Set of Interrogatories on PCD and Dougherty on September 19, 2025.   *Id.* at 1-2; *see also* Doc. No. 18-1.   Responses to the discovery were due on or about October 20, 2025, and counsel for Plaintiff conferred with counsel for Defendants on several

occasions, however, as of the date of the filing of Plaintiff's motion, Defendants have wholly failed to respond to any of the discovery requests.   Doc. No. 18, at 2.

Although the certificate of conferral states that the parties could not reach a resolution, *id.*, at 4, Defendants have not responded to the motion, and the time for doing so has now expired.   *See* Doc. No. 14 ¶ 5 (providing that opposition briefing to a discovery motion must be filed no later than five days after the motion); *see also* Fed. R. Civ. P. 6(a)(1)(C).   Accordingly, the Court deems the motion to be unopposed in all respects.   *See* Doc. No. 14 ¶ 5 (stating that failure to file a timely response will result in the discovery motion being deemed unopposed); *see also Weaver v. Green Sols. of Fla. LLC*, No. 6:23-cv-2059-CEM-LHP, 2024 WL 4275221, at *1 (M.D. Fla. Sept. 24, 2024) (granting motion to compel as unopposed when opposing party failed to file a timely response in accordance with Standing Discovery Order); *Westchester Surplus Lines Ins. Co. v. Paramount Disaster Recovery, LLC*, No. 6:18-cv-1738-Orl-37DCI, 2019 WL 5294804, at *1 (M.D. Fla. Apr. 19, 2019) ("The Court routinely grants motions as unopposed where the opposing parties have not filed a response in opposition to the motion."); *Bercini v. City of Orlando*, No. 6:15-cv-1921-Orl-41TBS, 2016 WL 11448993, at *2 (M.D. Fla. Sept. 28, 2016) (granting in full unopposed motion to compel); *Daisy, Inc. v. Pollo Operations, Inc.*, No. 2:14-cv-564-FtM-38CM, 2015 WL 2342951, at *1 (M.D. Fla. May 14, 2015) (when defendant did not respond court could consider motion to compel unopposed).

Upon review of the unopposed motion, and the related discovery attached, the Court finds the motion well-taken.   However, the Court declines to award sanctions in this one instance.   *See* Fed. R. Civ. P. 37(a)(5)(A)(iii).

Accordingly, it is **ORDERED** as follows:

1.      PNC Bank's Motion to Compel Discovery Responses from PCD and Dougherty (Doc. No. 18) is **GRANTED in part and DENIED in part**.

2.      Within **fourteen (14) days** from the date of this Order, Defendants shall each do the following:

    a.      Serve on PNC Bank complete, sworn answers to PNC Bank's First Set of Interrogatories.   *See* Doc. No. 18-1.

    b.      Provide answers to PNC Bank's First Request for Admissions that comply in full with Federal Rule of Civil Procedure 36.   *See id.*

    c.      Produce to PNC Bank all documents in their possession, custody, or control responsive to PNC Bank's First Request for Production.   *See id.*

3.      All objections to the discovery at issue have been waived by the failure to timely respond to the motion to compel.   *See, e.g., Jackson v. Geometrica, Inc.*, No. 3:04-cv-640-J-20HTS, 2006 WL 213860, at *1 (M.D. Fla. Jan. 27, 2006) (objections not addressed in response to a motion to compel are deemed abandoned); *Bercini*, 2016 WL 11448993, at *2 (same).

4.      The motion (Doc. No. 18) is **DENIED** in all other respects.   While the Court declines to award sanctions in this instance, Defendants are advised that failure to comply with this Order may result in sanctions.   *See* Fed. R. Civ. P. 37(b).   *See also* Fed. R. Civ. P. 36(a)(3).

**DONE** and **ORDERED** in Orlando, Florida on February 4, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record